IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WU,

    Defendant.
_____/

No. C 07-00380 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the Order to Show Cause Re Enforcement of Internal Revenue Service Summonses filed in the above-captioned case is referred to a Magistrate Judge.

Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 1/25/07

CLAUDIA WILKEN
United States District Judge

cc: Wings; Assigned M/J w/petition & OSC