**FILED**
MAR 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 07 0380

| | |
|---|---|
| UNITED STATES OF AMERICA and DWIGHT MCDANIEL, Revenue Officer, | NO. |
| Petitioners, | **ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES** |
| v. | |
| WILLIAM WU and CHRISTINE WU, | |
| Respondents. | |

   Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on _January 19_, 2007, it is hereby:

   **ORDERED** that respondents William Wu and Christine Wu appear before this Court on the _16_ day of _May_, 2007, at _1:30_ p.m., in Courtroom No. _4_, _3rd_ Floor, United States District Court, ~~450 Golden Gate Avenue, San Francisco~~ 1301 Clay Street Oakland, California, and then and there show cause, if any, why respondents should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon respondents as alleged and set forth in particular in said petition; and it is further

   **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondents in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

1   **ORDERED** that within twenty-one (21) days before the return date of this Order,
2   respondents may file and serve a written response to the petition, supported by appropriate
3   affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion
4   respondents desires to make, that the petitioner may file and serve a written reply to such
5   response, if any, within fourteen (14) days before the return date of this Order; that all motions
6   and issues raised by the pleadings will be considered on the return date of this Order, and only
7   those issues raised by motion or brought into controversy by the responsive pleadings and
8   supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any
9   uncontested allegation in the petition will be considered admitted.

**ORDERED** this 2nd day of March, 2007, at ~~San Francisco~~ Oakland, California.

_/s/ Wayne D. Brazil_
Wayne D. Brazil
U.S. Magistrate Judge

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONSES**                                    2