SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-7017
  Fax:        (415) 436-6748
  Jay.Weill@usdoj.gov

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and DWIGHT MCDANIEL, Revenue Officer,**<br><br>      **Petitioners,**<br><br>      v.<br><br>**WILLIAM WU and CHRISTINE WU,**<br><br>      **Respondents.** | NO. C-07-0380-CW(WDB)<br><br>**APPLICATION TO CONTINUE ORDER TO SHOW CAUSE AND ORDER** |

     This matter is set for a Order To Show Cause hearing on May 16, 2007 to Enforce an IRS Summons. We have not been able to serve the respondents with the Order To Show Cause. Accordingly, we request that this matter be continued to July 25, 2007 at 1:30 p.m. to allow the government time to serve respondents.

                                                     SCOTT N. SCHOOLS
                                                     United States Attorney

                                                     /s/ Jay R. Weill
                                                   JAY R. WEILL
                                                   Assistant United States Attorney
                                                   Chief, Tax Division

## ORDER

     Upon application of the United States, the Order To Show Cause hearing is continued to July 25, 2007 at 1:30 p.m. in Courtroom 4, 3rd Floor, United States District Court, 1301 Clay Street, Oakland, California.

Date:   5/3/2007

                                                     WAYNE D. BRAZIL
                                                   United States Magistrate Judge